UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **MOSSY CREEK MINING, LLC,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:10-CV-328 |
| ) | (Phillips/Shirley) |
| **NYRSTAR IDB, LLC, NYRSTAR TENN.** ) | |
| **MINES-STRAWBERRY PLAINS, LLC,** ) | |
| **and NYRSTAR NV,** ) | |
|     **Defendants.** ) | |

**ORDER TRANSFERRING THIS CASE AND DENYING DEFENDANTS' MOTIONS TO DISMISS OR STAY THE PROCEEDINGS PENDING ARBITRATION**

This matter having come before the Court on the motions of the Defendants to dismiss the complaint or, alternatively, to compel arbitration and stay the proceedings pending arbitration [Docs. 6, 8, 17, 19], and the Court having fully considered the matter, it is hereby **ORDERED** for the reasons contained in the memorandum opinion filed this day with the clerk that the Defendants' motions are **DENIED** and this case is **TRANSFERRED**. Whereby:

    1.    Defendants' requests to dismiss [Docs. 6, 8, 17, 19] the Plaintiff's First Amended Complaint [Doc. 13] are **DENIED**.

    2.    Defendants' requests to compel arbitration [Docs. 6, 8, 17, 19] are **DENIED**, as this Court lacks statutory authority pursuant to the Federal Arbitration Act to compel arbitration in the forum specified in the parties' arbitration clause.

    3.    This action will be **TRANSFERRED** to the Northern District of Illinois.

**IT IS SO ORDERED**.

          **ENTER:**

          _____s/ Thomas W. Phillips_____
          United States District Judge