UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MOSSY CREEK MINING, LLC, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>NYRSTAR IDB, LLC, NYRSTAR TENN. )<br>MINES-STRAWBERRY PLAINS, LLC, )<br>and NYRSTAR NV, )<br>   Defendants. ) | No. 3:10-CV-328<br>(Phillips/Shirley) |

## ORDER TRANSFERRING THIS CASE AND DENYING DEFENDANTS' MOTIONS TO DISMISS OR STAY THE PROCEEDINGS PENDING ARBITRATION

This matter having come before the Court on the motions of the Defendants to dismiss the complaint or, alternatively, to compel arbitration and stay the proceedings pending arbitration [Docs. 6, 8, 17, 19], and the Court having fully considered the matter, it is hereby **ORDERED** for the reasons contained in the memorandum opinion filed this day with the clerk that the Defendants' motions are **DENIED** and this case is **TRANSFERRED**. Whereby:

  1.  Defendants' requests to dismiss [Docs. 6, 8, 17, 19] the Plaintiff's First Amended Complaint [Doc. 13] are **DENIED**.

  2.  Defendants' requests to compel arbitration [Docs. 6, 8, 17, 19] are **DENIED**, as this Court lacks statutory authority pursuant to the Federal Arbitration Act to compel arbitration in the forum specified in the parties' arbitration clause.

  3.  This action will be **TRANSFERRED** to the Northern District of Illinois.

**IT IS SO ORDERED**.

                        **ENTER:**

                                      _____s/ Thomas W. Phillips_____
                                      United States District Judge